*Eliphalet Hall* v. *Henry Fisher et al.* G. A. SIMMONS, for complainant; A. C. HAND, for defendants. Application to amend bill of complaint granted. Amendments to be made by incorporating them into the draft of the original bill, and engrossing and

filing the same, after the amended bill shall have been sworn to by the complainant. Amended bill to be filed and served within forty days, and complainant to pay $15 for the costs of opposing motions to amend; together with the taxable costs of the former answer of the defendants, in case they shall elect to put in a new answer.